# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

| | |
|---|---|
| JACOBI QUENTEL FITZGERALD, ) | |
| ) | |
| Plaintiff, ) | Case No: 3:25-cv-00235 |
| ) | |
| v. ) | Judge Richard L. Young |
| ) | |
| CREDIT ACCEPTANCE CORPORATION, ) | Magistrate Judge Crystal S. Wildeman |
| LEVY & ASSOCIATES, LLC, ) | |
| ) | |
| Defendants. | |

## CREDIT ACCEPTANCE'S MOTION TO COMPEL ARBITRATION

Defendant Credit Acceptance Corporation ("Credit Acceptance"), by counsel, hereby moves pursuant to the Federal Arbitration Act ("FAA"), 9 U.SC. § 1, *et seq*., for the entry of an order compelling Plaintiff Jacobi Fitzgerald ("Plaintiff") to arbitrate his claims. There is no dispute that the arbitration clause contained in the parties' retail installment contract is valid and enforceable and encompasses Plaintiff's claims. Accordingly, the Court should stay this case and compel Plaintiff to initiate arbitration proceedings within 30 days. If he fails to do so, the Court should dismiss his claims with prejudice. In support of this Motion, Credit Acceptance adopts and incorporates its accompanying Memorandum of Law in Support of its Motion to Compel Arbitration.

Respectfully submitted,

CREDIT ACCEPTANCE CORPORATION

By: /s/ Nicholas Vera
   One of its attorneys

James J. Morrissey
Nicholas Vera
Pilgrim Christakis LLP
One South Dearborn, Suite 1420
Chicago, Illinois 60603
Phone: (312) 924-1773
Fax: (312) 939-0983
jmorrissey@pilgrimchristakis.com
nvera@pilgrimchristakis.com

**CERTIFICATE OF SERVICE**

      Nicholas Vera, an attorney, certifies that on February 3, 2026, he electronically filed the foregoing Credit Acceptance's Motion to Compel Arbitration with the Clerk of the Court by using the CM/ECF system, and sent the same via U.S. Mail with proper postage prepaid to the following:

    Jacobi Fitzgerald
    2301 W. White Ave, Apt 817
    McKinney, TX 75071

                                                          /s/ Nicholas Vera